UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| NATALIE GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 2:26-CV-00084-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANTONU BASU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of

the United States Magistrate Judge [Doc. 7]. In the R&R, the magistrate judge recommends that

Plaintiff's Complaint [Doc. 2] be dismissed without prejudice as Plaintiff has failed to set forth

any colorable federal claim upon which relief can be granted. The parties did not file objections

to the R&R.[1] *See* Fed.R.Civ.P. 72(b). Plaintiff alleges that "Defendant engaged in ex parte

communication" and demands damages in the amount of $100,000. [Doc. 2]. Plaintiff alleges no

facts to support her claim or identify any legal theory that would permit such a recovery.

After thorough consideration of the R&R and the record as a whole, the Court finds that

the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are

incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 7] is **ADOPTED**,

and this case is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall enter.

  **SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1]   Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).